KTF:ED'A
F #. 2025R00714

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

NOEL IGOR GOMEZ
SAINT KITTS,
             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(18 U.S.C. §§ 113(a)(8), 7(1) and 7(8))

Case No. 25-MJ-341(CLP)

EASTERN DISTRICT OF NEW YORK, SS:

        JOHN HARNESS, JR. being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

        On or about November 29, 2025, within the Eastern District of New York, and within the special maritime and territorial jurisdiction of the United States, to wit, on the high seas aboard the MSC Meraviglia during a voyage that departed from and arrived in Brooklyn, New York, the defendant NOEL IGOR GOMEZ SAINT KITTS, a national of the United States, did knowingly and intentionally assault his spouse ("Jane Doe"), an individual whose identity is known to me, by strangling.

        (Title 18, United States Code, Sections 113(a)(8), 7(1) and 7(8))

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to

1. I am a Special Agent with the FBI and have been since 2020. During the course of my employment with the FBI, I have been involved in the investigation of numerous cases involving violent crimes within the special maritime jurisdiction of the United States, including assaults and other domestic violence offenses on cruise ships. I am familiar with the facts and circumstances set forth below from, among other things, my participation in this investigation, my conversations with other law enforcement personnel, and my review of the investigative file, including photographs, video surveillance and medical treatment records.

2. On November 23, 2025, the foreign cruise ship MSC Meraviglia departed from Brooklyn, New York bound for the Bahamas.[2] The defendant NOEL IGOR GOMEZ SAINT KITTS and his wife, Jane Doe, were passengers on the MSC Meraviglia, which returned to Brooklyn, New York on November 30, 2025.

3. During the early morning hours of November 29, 2025, the MSC Meraviglia was traveling in international waters approximately 100 miles off the coast of North Carolina. At approximately 3:00 a.m., the defendant NOEL IGOR GOMEZ SAINT KITTS and Jane Doe returned to their cabin. SAINT KITTS expressed anger that another man had looked at Jane Doe earlier in the evening and accused Jane Doe of cheating on him. SAINT KITTS grabbed Jane Doe's throat with his hands and applied pressure, cutting off Jane Doe's air supply and causing finger shaped bruises on her neck, as shown in the photographs below.

---

establish probable cause to arrest, I have not described all relevant facts and circumstances of which I am aware.

[2] The MSC Meraviglia is owned and operated by MSC Cruise Management Limited, a company based in the United Kingdom.

*Figures 1 and 2, Injuries to Jane Doe's Neck*

4. In addition to strangling Jane Doe, the defendant NOEL IGOR GOMEZ SAINT KITTS punched Jane Doe repeatedly in the head and face, lacerating her face and fracturing her nose and orbital bone. Photographs of the victim's injuries, which are redacted on the publicly filed version of this document for Jane Doe's privacy, are shown below.

*Figures 3 and 4, Injuries to Jane Doe's Face Before and After Treatment*

5.	The defendant NOEL IGOR GOMEZ SAINT KITTS also kicked Jane Doe in the stomach repeatedly, causing Jane Doe to throw up blood.

6.	After beating his wife, the defendant NOEL IGOR GOMEZ SAINT KITTS called the cruise concierge to report his wife was bleeding from her nose. When cruise ship employees arrived at SAINT KITTS' and Jane Doe's cabin, they observed Jane Doe bleeding from her face and blood on the defendant's knuckles. SAINT KITTS told cruise ship employees, in sum and substance, that he only remembered punching Jane Doe twice in the face, and nothing else.

7.	On November 30, 2025, the MSC Meraviglia arrived at the shipping terminal in Red Hook, Brooklyn. Upon arrival in port, emergency medicine technicians transported Jane Doe to a hospital, where she was treated for her injuries. The New York City Police Department ("NYPD") arrested the defendant on felony assault and strangulation charges. The defendant NOEL IGOR GOMEZ SAINT KITTS was previously arrested on at least one prior occasion for domestic violence offenses involving Jane Doe. In connection with a domestic incident involving Jane Doe, on January 13, 2025, the Honorable Timothy G. Blatchley issued a one-year order of protection prohibiting SAINT KITTS from assaulting, strangling or

otherwise harming his spouse and intimate partner Jane Doe, which order is still in effect and which SAINT KITTS violated through the conduct described above.

8. Because public filing of an unredacted version of this document would result in photographs of Jane Doe's face being made public, I respectfully request that this complaint be filed under seal. A version with the photographs in paragraph 4 redacted will be filed publicly.

WHEREFORE, your deponent respectfully requests that the defendant be dealt with according to law.

*John Harness Jr*
JOHN HARNESS, JR
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone
this 3rd th day of December, 2025

*Cheryl Pollak*
THE HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK